Jonathan Garvin
Pro Bono Counsel
New York County Lawyers Association
14 Vesey Street
New York, NY 10006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-3-2020
```

January 30, 2020

Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

Re: **Second Request for Extension of Time**
1:19-cv-05014-KPF-RWL

Your Honor:

Thank you for extending my time to file Plaintiff's brief to January 31, 2020. Unfortunately, I write to request that the Court grant a second, one-week extension to February 7, 2020. The extra time will allow me to finalize the brief and have the client review it before filing. I apologize for the necessity of my second request and for the inconvenience to the Court.

If you have an questions, I can be reached at garvinjonathan@gmail.com or (347) 306-5750. Thank you for considering my second request for an extension of time.

Respectfully,

*/s/ Jonathan Garvin*
Jonathan Garvin
New York County Lawyers Association
Pro Bono Counsel
(347) 306-5750

*[Handwritten: Granted. Plaintiff brief due Feb. 7, 2020. Defendant's reply due Feb. 28, 2020.]*

SO ORDERED:

*/s/ 2/3/2020*
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE