UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JANIS CHARLENE WILSON BAHAGA,     :     19 Civ. 5014 (KPF) (RWL)

                     Plaintiff,     :

           - against -     :     **ORDER**

COMMISSIONER OF SOCIAL SECURITY,     :

                     Defendant.     :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On November 8, 2019, Defendant filed a motion for judgment on the pleadings. (Dkt. 22.) Plaintiff's opposition and cross-motion were due to be filed February 7, 2020 (a deadline twice-extended by this Court). No such filing appears in the record. Accordingly, if Plaintiff intends to oppose the motion, it shall file its papers no later than March 10, 2020. Absent any opposition, the Court will proceed to recommend granting Defendant's motion and dismissing this action.

                     SO ORDERED.

                     _____
                     ROBERT W. LEHRBURGER
                     UNITED STATES MAGISTRATE JUDGE

Dated: March 2, 2020
        New York, New York

Copies transmitted this date to all counsel of record.