USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JANIS CHARLENE WILSON BAHAGA,          :     19 Civ. 5014 (KPF) (RWL)

                    Plaintiff,    :

                                  :

      - against -                         :     **ORDER**

                                  :
COMMISSIONER OF SOCIAL SECURITY,       :

                                  :
                  Defendant.    :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By June 1, 2020, the Commissioner shall file a letter addressing the following issue: The claimant identified at least the following treating doctors: Giovanni Franchin, Marta Sales, Ferdinand Banez, Arelene Tieng, and Upendar Bhatt. (See R. 525-26.) While the record contains opinions of eight consultative or agency physicians, there does not appear to be a medical source opinion from a treating physician in the record. Accordingly,

1. If there is a medical source opinion from a treating doctor in the record, identify where it appears in the record and identify the physician.

2. If there is no such opinion, identify what attempts were made to obtain a medical source opinion from a treating physician, particularly in regard to the mental health issues.

3. If there is no such opinion, explain and provide case law for why the case should not be remanded for failure to obtain or seek to obtain a medical source opinion from a treating physician.

4. If there is a medical source opinion from a treating physician in the record, explain and provide case law for why the case should not be remanded for failure to accord proper weight to the treating physician.

Within three (3) days of the date of this order, the Government shall mail a copy of this order to Plaintiff and file proof of such service on ECF. If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 18, 2020
       New York, New York

Copies transmitted this date to all counsel of record.