```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANIS CHARLENE WILSON BAHAGA,          :          19 Civ. 5014 (KPF) (RWL)

                Plaintiff,      :

                                    :

     - against -                             :          **ORDER**

                                    :

COMMISSIONER OF SOCIAL SECURITY,       :

                                    :

                Defendant.     :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     In addition to service by mail, by May 21, 2020 Defendant shall serve the orders at Dkt. 28 and 29 on Plaintiff's counsel at his docketed email address garvinjonathan@gmail.com, and shall file proof of service of same.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: May 19, 2020
       New York, New York