UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLENE WILSON BAHAGA,<br><br>                     Plaintiff,<br><br>          -v.-<br><br>COMMISSIONER OF SOCIAL SECURITY.,<br><br>                     Defendant. | 19 Civ. 5014 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's Objection to the Report and Recommendation issued by Magistrate Judge Robert W. Lehrburger on July 2, 2020. (Dkt. #43). Defendant's response shall be due on or by August 31, 2020, and Plaintiff's reply, if any, shall be due on or by September 7, 2020.

SO ORDERED.

Dated:    August 17, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge